AO 442

# United States District Court
for the
_____District of Utah_____

FILED
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

**Kingston et al**

Case No.: 2:18-cr-00365-JNP-BCW

2019 JAN 24 P 12: 44

DISTRICT OF UTAH

DEPUTY CLERK

## ARREST WARRANT      ORIGINAL

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)   **RACHEL ANN KINGSTON**                                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☒ Superseding Indictment      ☐ Information      ☐ Superseding Information
☐ Complaint      ☐ Order of court      ☐ Violation Notice      ☐ Probation Violation Petition
☐ Supervised Release Violation Petition

This offense is briefly described as follows:

**Conspiracy to commit mail fraud ; Conspiracy to Commit Money Laundering Offenses ; Money Laundering ; Destroying and Concealing Records and Objects**

in violation of   18:1349; 18:1956(h); 18:1957; 18:1512(c)(1)   United States Code.

D. Mark Jones
Name of Issuing Officer

[signature]
Signature of Issuing Officer

By:   Jennifer Stout
       Deputy Clerk

Clerk of Court
Title of Issuing Officer

January 17, 2019 at Salt Lake City, Utah
Date and Location

SUMMONS

Bail fixed _____ by _____
                                                                                   Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/18/19 | Matthew Bird / Special Agent IRS | [signature] |
| DATE OF ARREST | | |
| 1/22/19 | | |