Cara M. Tangaro, Utah State Bar #9197
TANGARO LAW, P.C.
35 West Broadway, Suite 203
Salt Lake City, UT 84101
Telephone: (801) 673-9984
Fax: (801) 606-7494
Email: cara@tangarolaw.com

Attorney for Rachel Ann Kingston

---

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>vs.<br><br>**RACHEL ANN KINGSTON,**<br><br>**Defendant.** | NOTICE OF ACKNOWLEDGEMENT<br><br><br><br>Case No. 2:18-cr-365-JNP<br><br>**Honorable Judge Jill N. Parrish**<br>**Magistrate Judge Brooke C. Wells** |

Cara M. Tangaro, the attorney for the defendant herein, hereby acknowledges having carefully read the Court's "Standing Order Re: Motions under Speedy Trial Act and Change of Plea Hearings" and agrees to comply with this order and with DUCrimR 21-1.

.

Respectfully submitted this 15th day of February, 2019.

/s/ Cara M. Tangaro
Cara M. Tangaro
Attorney for Defendant Rachel Kingston

CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Leslie.a.goemaat@usdoj.gov
    Richard.m.rolwing@usdoj.gov
    Arthur.j.ewenczyk@usdoj.gov
    John.e.sulivan@usdoj.gov

                                                            */s/ Jayme Mackay*